IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| RAYMOND E. CARR, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 6:18-CV-00351-TH |
| | § | |
| BRYAN COLLIER, DIRECTOR OF TDCJ; AND DR. LANNETTE LINTHICUM, DIRECTOR HEALTH SERVICE DIVISION; | § | |
| | § | |
| Defendants. | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

The above entitled and numbered civil action was referred to United States Magistrate Judge John D. Love pursuant to 28 U.S.C. § 636. On May 16, 2019, the Magistrate Judge issued a Report and Recommendation (Doc. No. 17), recommending that this action be dismissed with prejudice. That same day, the Clerk mailed a copy of the Report and Recommendation to Plaintiff's address via certified mail return-receipt requested. On July 24, 2019, the Clerk received the mail returned as undeliverable. (Doc. No. 18.) Furthermore, no objections to the Report and Recommendation have been presented for consideration within the prescribed time period for such objections. "A *pro se* litigant must provide the court with a physical address (i.e., a post office box is not acceptable) and is responsible for keeping the clerk advised in writing of his or her current physical address." Local R. CV-11(d). Plaintiff has not informed the Court of his new address. Therefore, the Court adopts the Report and Recommendation of the United States Magistrate Judge (Doc. No. 17) as the findings of this Court.

Accordingly, it is hereby **ORDERED** that the Magistrate Judge's Report (Doc. No. 17) be **ADOPTED** and that the above-styled civil action be **DISMISSED WITH PREJUDICE**. All pending motions are **DENIED** as **MOOT**.

**SIGNED** this the 29 day of **July, 2019.**

_____
Thad Heartfield
United States District Judge